IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHIRLEY ANN COOKS,<br>   Plaintiff,<br><br>v.<br><br>RENAISSANCE WATERFORD HOTEL<br>OKLAHOMA CITY, et al.,<br>   Defendants. | )<br>)<br>)<br>)<br>)  Case No. CIV-24-896-SLP<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Plaintiff commenced this action alleging a violation of her employment rights under state and federal employment law.  *See* Compl. [Doc. No. 1].  Plaintiff also seeks leave to proceed in forma pauperis.  *See* Motions [Doc. Nos. 2 and 5]; *see also* Suppl. [Doc. No. 6].

Before the Court is the Report and Recommendation ("R.&R.") of United States Magistrate Judge Shon T. Erwin [Doc. No. 7].  The Magistrate Judge recommends that Plaintiff's Motions be denied and the action dismissed unless Plaintiff pays the full $405.00 filing fee within twenty (20) days of any order adopting the R.&R.

The Magistrate Judge advised Plaintiff of her right to object to the findings set forth in the R.&R. and further advised Plaintiff that failure to timely object would constitute a waiver of her right to appellate review of the factual and legal matters in the R.&R.  Plaintiff has not filed an objection to the R.&R., nor has Plaintiff requested any extension of the deadline.  Instead, Plaintiff has filed further Supplements to the Motions, *see* Doc. Nos. 8 and 10, and a Supplement to the Complaint, *see* Doc. No. 9.

By failing to object, the Court finds Plaintiff has waived further review of the issues addressed in the R.&R.  Furthermore, upon review of the R.&R., the Court concurs with the Magistrate Judge's analysis.  Moreover, even if the Court were to consider the Supplements to the Motions filed subsequent to the R.&R., nothing contained therein alters the Court's conclusion that Plaintiff has sufficient funds to pay the filing fee in this action.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 7] is ADOPTED, and Plaintiff's Motions to Proceed in Forma Pauperis [Doc. Nos. 2 and 5] are DENIED.  Plaintiff is advised that if she does not pay the requisite $405.00 filing fee to the Clerk of Court within twenty (20) days from the date of this Order, or by November 6, 2024, her action will be dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE